Case 1:19-cv-01124-KK   Document 1   Filed 12/02/19   Page 1 of 6

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 0 2 2019

MITCHELL R. ELFERS
CLERK

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
_____ District of New Mexico
_____ Division

David Harold. Hanson

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Forrest Fenn

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 19cv1124 - KK
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☒ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: David Harold Hanson
   Street Address: 2077 Windham Way
   City and County: Colorado Springs - El Paso County
   State and Zip Code: Colorado 80906
   Telephone Number: (719) 351-3043
   E-mail Address: Dave@rcos.net

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)  David Harold Hanson

   a. If the plaintiff is an individual

      The plaintiff, *(name)* David Harold Hanson, is a citizen of the State of *(name)* Colorado.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* Forrest Fenn, is a citizen of the State of *(name)* New Mexico. Or is a citizen of *(foreign nation)* _____.

Defendant No. 1

    Name    Forrest (B) or (F) Fenn

    Job or Title *(if known)*

    Street Address    1021 Old Santa Fe Trl,

    City and County    Santa Fe - Santa Fe County

    State and Zip Code    New Mexico, 87505

    Telephone Number    (505) 982-8520

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy  $1,500,000 US

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The amount in controversy is established by taking one half (1/2) of the lowest known amount of the Plaintiff - a value of $3,000,000 (with others values released) which was the approximate "treasure's" value secreted away by Defendant. The amount shall be established during discovery and said sum may be significantly adjusted. The Defendant has shown his careless attention to additional clues leading to the ocation of the "treasure" by reporting publicly and.or possibly privately and not shared or made available with the Plaintiff, thereby prejudicing the Plaintiff's ability to locate it.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Defendant graciously prepared a "treasure" box containing an unknown value of articles. Clues to finding said articles were published by the Defendant for the Plaintiff to follow for the recovery of same. The Plaintiff followed the clues and arrived at the location the hidden items were found. Additional conflicting and misleading clues were issued by the Defendant or with the knowledge and/or approval of the Defendant which caused the Plaintiff to move from his search area and which additional clues benefited those close to the Defendant who subsequently "found" the items in question. Said actions by the Defendant prejudiced the ability of the Plaintiff to further his life and support the lives of needs and autistic children and their families as well as Plaintiff. The Plaintiff was damaged by the actions of the Defendant by withholding the treasure from the Plaintiff by fraudulent statements.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The claimed damages are established by taking one half (1/2) of the lowest value of the lowest reported amount of the hidden treasure ($3,000.000) and (the actual value shall be determined during discovery" The Plaintiff was mislead and left the area in which his analysis search of the actual items were secreted away and which conflicting erroneous and misleading clues caused the Plaintiff to move his search. The continued damages are both the useage of the Plaintiff and the needs of children and their families.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/25/2019

Signature of Plaintiff
Printed Name of Plaintiff   David Harold Hanson

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

U.S. POSTAGE PAID
FCM LG ENV
COLORADO SPRINGS, CO
80905
NOV 25, 19
AMOUNT
$1.45
R2305K136925-02

87102

D. HANSON
2077 Windham Way
Colo Spgs, Co 80906

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
DEC 02 2019
MITCHELL R. ELFERS
CLERK

Peter V. Domenici
US Courthouse
333 Lomas Blvd. NW
Albuquerque, N. Mexico
87102