IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAVID HAROLD HANSON,

        Plaintiff,

v.                                                                         No. 1:19-cv-01124-KK

FORREST FENN,

        Defendants.

## ORDER TO CURE DEFICIENCY

Plaintiff filed an Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form) ("Short Form Application"). *See* Doc. 2, filed December 2, 2019. The Short Form Application does not provide sufficient information for the Court to determine whether a plaintiff is unable to pay the required fees. The Court requires plaintiffs seeking to proceed without prepaying fees to file the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) ("Long Form Application"). Failure to file Long Form Application within twenty-one (21) days from entry of this order *or* failure to follow all instructions in the Long Form Application may result in denial of the motion to proceed *in forma pauperis*. Any papers Plaintiff files in response to this order must include the civil cause number (No. 1:19-cv-01124-KK) of this case.

**IT IS ORDERED** that:

(i)     Plaintiff file an "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)" within twenty-one (21) days from entry of this order.

(ii)    The Clerk send to Plaintiff a copy of this order and an "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)."

                                                       */s/ Kirtan Khalsa*
                                                  **UNITED STATES MAGISTRATE JUDGE**