| | |
|---|---|
| US District Court For New Mexico – Albuquerque<br>Pete V. Domenici U.S. Courthouse<br>333 Lomas Blvd NW, Albuquerque, NM 87102 | FILED<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW MEXICO<br><br>19 DEC 16 PM 3:06<br><br>CLERK-ALBUQUERQUE |
| Plaintiff: David Harold Hanson<br>2077 Windham Way, Colorado Springs, CO 80906<br>And:<br>Defendant: Forrest Fenn<br>1021 Old Santa Fe Trl, Santa Fe, NM 87505 | FOR COURT USE ONLY<br>Case Number<br><br>19cv-01124-KK<br>Division        Courtroom |
| **Motion to Proceed** ||

, COMES NOW the Plaintiff, David Harold Hanson, pro se, and states that the Plaintiff has secured sufficient funds to pay the filing fees for the above named action. Filing fees in the form of a Bank Check is enclosed with this Motion.

The Plaintiff is aware that by requesting the following Motion he is also required to cause Service to be performed at Plaintiff's expense if not completed by this Honorable Court. Should the Service already have been facilitated, Plaintiff requests notification from this Honorable Court and will immediately pay costs related to Service or if not yet facilitated and if the Plaintiff is notified by the Clerk of The Court, Plaintiff shall begin Service on the Defendant within 10 business days of being notified and will proceed to inform this Honorable Court of Plaintiff's process to serve.

MOTION

The Plaintiff hereby moves this Honorable Court an "Order to Proceed" with this action and to vacate this Honorable Court's "Order to Cure Deficiency" so ordered by this Court on Dec. 3, 2019.

Respectfully Submitted

David Harold Hanson, Plaintiff

Certificate of Mailing

Plaintiff does hereby certify that he has put in the US Mail on this 16th day of December, 2019 to:

The U.S. District Court – District of New Mexico

333 Lomas Blvd, Suite 270

Albuquerque, New Mexico

David Harold Hanson, Plaintiff