**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 2 0 2019

MITCHELL R. ELFERS
CLERK

Name: BRIAN JOSEPH ERSKINE
Address: 1338 SABATINA STREET
PRESCOTT, AZ 86301-7402
Phone Number: (949) 424-4294
E-mail Address: malaccamaximus@gmail.com

*Pro Se*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

DAVID HAROLD HANSON

          Plaintiff,

vs.

FORREST FENN

          Defendant.

Case Number: 1:19-cv-01124-KK

**MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

Judge KIRTAN KHALSA

As the (Plaintiff/Defendant) PROPOSED RULE 24 INTERVENOR AS DEFENDANT in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.

2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.

3. I have regular access to the technical requirements necessary to e-file successfully:

   ☑ A computer with internet access;
   ☑ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   ☑ A scanner to convert documents that are only in paper format into electronic files;
   ☑ A printer or copier to create trequired paper copies such as chambers copies;
   ☑ A word-processing program to create documents; and
   ☑ A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed.

Date: 12/18/19

Signature: *[signed] Brian Joseph Erskine*

Name: BRIAN JOSEPH ERSKINE

Address: 1338 SABATINA STREET

PRESCOTT, AZ 86301-7402

Phone Number: (949) 424-4294

E-mail Address: malaccamaximus@gmail.com

*Pro Se*

UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

| | |
|---|---|
| DAVID HAROLD HANSON | Case Number: 1:19-cv-01124-KK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING** |
| vs. | DATE: |
| FORREST FENN | TIME: |
| | COURTROOM: |
| | JUDGE: |
| Defendant. | |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: _____         _____

United States District/Magistrate Judge