**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 0 3 2020

MITCHELL R. ELFERS
CLERK

UNITED STATES DISTRICT COURT DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| **DAVID HAROLD HANSON** | | Case No.: 1:19-CV-01124-GBW-KK |
| | Plaintiff/Petitioner | Division: |
| vs. | | |
| **FORREST FENN** | | AFFIDAVIT OF SERVICE OF |
| | Defendant/Respondent | **SUMMONS; COMPLAINT** |

Received by Thomas Taschner, on the 27th day of January, 2020 at 8:05 PM to be served upon FORREST FENN at 1021 OLD SANTA FE TRAIL, SANTA FE, Santa Fe County, NM 87505.
On the 28th day of January, 2020 at 9:58 AM, I, Thomas Taschner, SERVED FORREST FENN at 1021 OLD SANTA FE TRAIL, SANTA FE, Santa Fe County, NM 87505 in the manner indicated below:

**INDIVIDUAL SERVICE**, by personally delivering 1 copy(ies) of the above-listed documents to **FORREST FENN**.

**THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:**
Who accepted service, with identity confirmed by subject saying yes when named, a white male approx. over 65 years of age, 5'4"-5'6" tall, weighing 140-160 lbs with gray hair.

Service Fee Total: $95.00

I, being first duly sworn, depose and state: That I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

NAME: _Thomas Taschner_  Server ID #  Date: _Jan 28, 2020_

Notary Public: Subscribed and sworn before me on this _28th_ day of _January_ in the year of 20_20_
Personally known to me _✓_ or _____ identified by the following document: _____

_Veleta C. Clay_
Notary Public (Legal Signature)

Number/Reference: _____
Type: _____
Notary Public for State of: _New Mexico_
Commission Expiration: _12/26/2022_

Official Seal
VELETA C. CLAY
Notary Public
State of New Mexico
My Commission Expires 12/26/22

REF: 19-cv-01124

Page 1 of 1
Tracking #: 0049245812

David H. Hanson
2077 Windham Way
Colorado Springs, CO  80906

January 29, 2020

Clerk of the United States District Court
District of New Mexico
333 Lomas Blvd., Suite 270
Albuquerque, New Mexico  87102

RE: 19-cv-01124-GBW-KK

    Please find a copy of the "Affidavit of Service" of the Summons and Complaint received by the Defendant in the above referenced issue.  Should the Court require any additional documents or an original of this document, the Plaintiff will supply them upon request.

Respectfully,

David H. Hanson

Enclosure: Affidavit of Service

