UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| **DAVID HAROLD HANSON,** | ) | Case No. 19-CV-1124-GBW-KK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **FORREST FENN,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ENTRY OF APPEARANCE

COMES NOW, Sommer Karnes & Associates, LLP (Karl H. Sommer) and hereby enters its appearance in this case on behalf of Defendant Forrest Fenn.

Respectfully submitted,

SOMMER KARNES & ASSOCIATES, LLP

By: /s/ Karl H. Sommer_____
    Karl H. Sommer
    khs@sommerkarnes.com
    P.O. Box 2476
    Santa Fe, NM 87504
    (505) 989-3800

## CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of this Entry of Appearance was mailed, first class mail, to Plaintiff at 2077 Windham Way, Colorado Springs, Colorado, 80906 and emailed to Plaintiff at Dave@rcos.net on this 11th day of February, 2020.

By: /s/ Karl H. Sommer_____
    Karl H. Sommer