IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAVID HAROLD HANSON,

    Plaintiff,

v.                                                     CASE NO: CV 19-1124 GBW/KK

FORREST FENN,

    Defendant.

## NOTICE OF IMPENDING REASSIGNMENT

Pursuant to FED. R. CIV. P. 73(b)(2), the parties are reminded that the undersigned was assigned as trial judge in this matter, pursuant to 28 U.S.C. § 636(c). You should have received notice from the Clerk of Court discussing your options regarding this matter.  You should have also been provided instructions on how to electronically file your consent or refusal, or, if you are a pro se litigant, a form on which to indicate either your consent or refusal to proceed before a Magistrate Judge. As of this date, one or more of the parties has yet to file written consent or refusal to consent.

The parties are advised that this matter will be reassigned to a district court judge as trial judge within seven (7) days if written consents from all parties have not been filed.

The parties are free to withhold consent. No adverse consequences will result from any party's failure or refusal to consent.  Further information and/or instructions can be obtained at www.nmd.uscourts.gov or by calling my Courtroom Deputy, Kristin Solis, at (575) 528-1411.

                                                                  _____
                                                                  Gregory B. Wormuth
                                                                  United States Magistrate Judge

A true copy of this notice was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.