**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

DAVID HAROLD HANSON,

    Plaintiff,

vs.

                                      Civ. No. 19-1124 GBW/KK

FORREST FENN,

    Defendant.

## ORDER SETTING RESPONSE DEADLINE

This matter is before the Court *sua sponte* on its review of the docket. Plaintiff filed his Complaint against Defendant on December 2, 2019. (Doc. 1.) On December 20, 2019, Brian Erskine filed a Motion to Intervene. (Doc. 9.) Defendant filed his Answer and Counterclaim on February 18, 2020. (Doc. 16.) No party has filed a response to the Motion to Intervene.

IT IS THEREFORE ORDERED that Plaintiff and Defendant are granted until on or before March 11, 2020, to file a response to the Motion to Intervene (Doc. 9).

IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE