## UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

DAVID HAROLD HANSON,       )     Case No. 19-CV-1124-GBW-KK

         )

     Plaintiff,             )

         )

vs.                      )

         )

FORREST FENN,          )

         )

     Defendant.          )

         )

### STIPULATED NOTICE OF DISMISSAL OF
### COMPLAINT AND COUNTERCLAIM

COME NOW Plaintiff David Harold Hanson, Plaintiff Pro Se, and Defendant Forrest Fenn, by and through his attorneys, Sommer Karnes & Associates, LLP (Karl H. Sommer), and hereby dismiss all claims made by Plaintiff in his Complaint and all counterclaims made by Defendant in his Answer and Counterclaim in this case with prejudice pursuant to NMRA 1-041.  As grounds for the Notice, both parties allege:

1.     Rule 1-041(A) provides that an action may be dismissed by stipulation by all parties who have appeared.

2.     On December 20, 2019, Brian Erskine ("Movant Intervenor") filed a Motion to Intervene.  The Court has not yet ruled on the Motion.

3.     On December 30, 2019, Movant Intervenor filed an *Answer and Cross-Claim of Brian Erskine as Intervenor-Defendant* seeking relief from the Court to dismiss Plaintiff's Complaint "in its entirety." [Doc 12 Prayer for Relief].

4.     The parties shall pay their own attorneys' fees and costs incurred in connection with this action.

Respectfully submitted,

Sommer Karnes & Associates, LLP
Attorneys for Defendant

By: /s/ Karl H. Sommer
   Karl H. Sommer
   125 Lincoln Avenue, Suite 221
   Post Office Box 2476
   Santa Fe, New Mexico 87504-2476
   505.989.3800
   khs@sommerkarnes.com


APPROVED:


DAVID HAROLD HANSON
Plaintiff
2077 Windham Way
Colorado Springs, CO  80906
(719) 351-3043
dave@rcos.net


BRIAN ERSKINE
Movant Intervenor
1338 Sabatina Street
Prescott, AZ  86301-7402
kattigara@gmail.com


STIPULATED NOTICE OF DISMISSAL
Page 2

Respectfully submitted,

Sommer Karnes & Associates, LLP
Attorneys for Defendant

By: /s/ Karl H. Sommer
       Karl H. Sommer
       125 Lincoln Avenue, Suite 221
       Post Office Box 2476
       Santa Fe, New Mexico 87504-2476
       505.989.3800
       khs@sommerkarnes.com

APPROVED:

_____
DAVID HAROLD HANSON
Plaintiff
2077 Windham Way
Colorado Springs, CO  80906
(719) 351-3043
dave@rcos.net

_____
BRIAN ERSKINE
Movant Intervenor
1338 Sabatina Street
Prescott, AZ  86301-7402
kattigara@gmail.com

STIPULATED NOTICE OF DISMISSAL