**(LETTER TO CHAMBERS, Case No. 1:19-cv-01124-WJ-KK)**

**CERTIFICATE OF CONFERENCE**

    I hereby certify that pursuant to Local Rule 7.1(a) and as detailed above, I have communicated with Defendant's counsel by email and phone, at various times between February 12 and February 25, 2020, concerning the substance and legal basis of the foregoing, including thoroughly detailed contextual clarification of factual evidence. As Plaintiff has consented to withdraw, I have respectfully not burdened Plaintiff with conference.

*[signature: Brian Erskine]*

Brian Erskine
1338 Sabatina Street
Prescott, Arizona 86301-7402
(949) 424-4294
kattigara@gmail.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 3, 2020, a true and correct copy of the foregoing, including the cover letter to Chambers and its Exhibit, has been filed with the Clerk of the Court by tracked postal mail and has been served by certified mail, receipt requested, to Defendant's counsel at counsel's public postal address. As Plaintiff has consented to withdraw, I have respectfully not burdened Plaintiff with service.

*[signature: Brian Erskine]*

Brian Erskine
1338 Sabatina Street
Prescott, Arizona 86301-7402
(949) 424-4294
kattigara@gmail.com

U.S. POSTAGE PAID
PME 2-DAY
PRESCOTT, AZ
86301
MAR 03, 20
AMOUNT
$26.35
R2305M148293-65

87102

EE 178 711 173 US

# PRIORITY MAIL EXPRESS™

UNITED STATES POSTAL SERVICE®

NATIONAL USE
LABEL HERE

ORIGIN (POSTAL SERVICE USE ONLY)
☐ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

PO ZIP Code    Scheduled Delivery Date (MM/DD/YY)    Postage $

Date Accepted (MM/DD/YY)   Scheduled Delivery Time  ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON    Insurance Fee $    COD Fee $

Time Accepted ☐ AM ☐ PM   10:30 AM Delivery Fee $   Return Receipt Fee $   Live Animal Transportation Fee $

Special Handling/Fragile $   Sunday/Holiday Premium Fee $   Total Postage & Fees $

Weight ___lbs ___ozs   ☐ Flat Rate   Acceptance Employee Initials

DELIVERY (POSTAL SERVICE USE ONLY)
Delivery Attempt (MM/DD/YY)   Time ☐ AM ☐ PM   Employee Signature

Delivery Attempt (MM/DD/YY)   Time ☐ AM ☐ PM   Employee Signature

LABEL 11-B, OCTOBER 2018   PSN 7690-02-000-9996   3-ADDRESSEE COPY

PRESS FIRMLY TO SEAL

CUSTOMER USE ONLY
FROM: (PLEASE PRINT)   PHONE ( 949 ) 424 4294
B. ERSKINE
1338 SABATINA ST
PRESCOTT AZ
86301-7402

MITCHELL
CLERK
ME 04

PAYMENT BY ACCOUNT (if applicable)

DELIVERY OPTIONS (Customer Use Only)
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required
☐ 10:30 AM Delivery Required

TO: (PLEASE PRINT)   PHONE ( 505 ) 348-2000
U.S. DISTRICT COURT
CLERK OF THE COURT
333 LOMAS BLVD. NW #270
ALBUQUERQUE NM
ZIP+4® 8 7 1 0 2 - 2 2 7 4

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

PRIORITY MAIL EXPRESS™
FASTEST SERVICE IN THE U.S.

USED INTERNATIONALLY,
CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

EMS

July 2013   OD: 12.5 x 9.5




VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE