IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAVID HAROLD HANSON,

      Plaintiff,

vs.                                           Civ. No. 19-1124 WJ/KK

FORREST FENN,

      Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the parties' Stipulated Notice of Dismissal of Complaint and Counterclaim (Doc. 20), filed February 20, 2020. The Court, having reviewed the Stipulation, the record, and the relevant law, and being otherwise fully advised, finds that this matter should be dismissed with prejudice pursuant to the parties' stipulation and Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and 41(c).[1]

IT IS THEREFORE ORDERED that this action is DISMISSED WITH PREJUDICE, with each party to bear its own attorney fees and costs.

IT IS SO ORDERED.

                                                  CHIEF UNITED STATES DISTRICT JUDGE

---

[1] In their Stipulation, the parties cite to "NMRA Rule 1-041," rather than Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and (c); however, the respective provisions are substantively the same as applied to this case.