| | |
|---|---|
| US District Court for the District of New Mexico<br>333 Lomas Blvd, Suite 270<br>Albuquerque, NM  87102 | **FILED**<br>UNITED STATES DISTRICT COURT<br>ALBUQUERQUE, NEW MEXICO<br><br>MAR 1 2 2020<br><br>MITCHELL R. ELFERS<br>CLERK<br>FOR COURT USE ONLY |
| David H. Hanson, Plaintiff<br>v<br>Forrest Fenn, Defendant<br>Brian Erskine, Defendant | Case Number  19-cv-01124-WJ-KK<br><br>Division            Courtroom |
| Motion to dismiss "Notice of Voluntary Dismissal of Case" | |

, Comes now the Plaintiff, pro se, before this Honorable Court and requests the Court dismiss the "Notice of Voluntary Dismissal of Case" and give Plaintiff 30 days to respond to any motion or filings in this action for the following reasons:

1. Plaintiff received notices from this Court saying there has been "Activity in this Case", and;
2. Plaintiff is not registered to receive pleadings by electronic means, and;
3. Plaintiff has not received US Mail or other service of some "Activity in this Case".
4. Plaintiff has been prejudiced by not having all facts relative to any actions of this Honorable Court or processes prepared by Defendant(s) as part of this action.  Therefore;

Plaintiff prays this Honorable Court to issue a decision in his favor of his motion and allow 30 days to make answer to any motions or filings in this case, to wit;

MOTION

Plaintiff prays this Honorable Court dismiss the "Notice of Voluntary Dismissal of Case", and:

Direct all filings not previously and properly served on Plaintiff be so served , and:

Allow Plaintiff 30 days to review and answer any pleadings by Defendant or Intervenor prior to making answer to this Honorable Court.

Respectfully submitted and signed on this  7th  day of March, 2020.

David H. Hanson, Plaintiff
2077 Windham Way
Colorado Springs, CO  80906

Page 2, "Motion to dismiss "Notice of Voluntary Dismissal of Case""" 19-cv-01124-WJ-KK

Affidavit of Mailing

The Plaintiff does hereby certify he placed a true and complete copy of this "Motion to dismiss "Notice of Voluntary Dismissal of Case""" in the US mail with proper postage affixed on this 8th day of March, 2020 to:

Karl Sommer,
Attorney for the Defendant
125 Lincoln Ave, Suite 221,
Santa Fe, NM 87501

Brian J. Erskine, Intervenor
1338 Sabatina Street
Prescott, AZ  86301

David H. Hanson

D. Hawson
2077 Windham Way
Colo. SPSS, Co.



US District Court for the
District of New Mexico
333 Lomas Blvd, Suite 270
Albuqurque, NM 87102

**RECEIVED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 12 2020

MITCHELL R. ELFERS
CLERK