David H. Hanson
2077 Windham Way
Colorado Springs, CO  80906

February 9, 2020

Mr. Forrest Fenn
1021 Old Santa Fe Trail
Santa Fe, New Mexico 87505

Dear Mr. Fenn:

I owe you a great apology and seek your forgiveness.

Just recently, as I was doing some research, I found that you are a brother in Christ and I cannot sue you for a dime nor will I continue in the action I brought and which I know has cost you some issues and money I don't even know about. I wish I were in a position to cover those costs but maybe someday.

I wish to release you from this suit for $1.00 (but keep the suit alive for Mr. Erskine,) I don't think he has any funds or assets but I hope to stop him from his venture(s) in mysticism. His pleadings are so off and mythological. I don't believe he is a brother.

Anyway, I got carried away with trying to secure funds for "My Kids" (the autistic and other needs kids) and thought this was a way of doing so. I was fooling myself and not trusting.

I want no more for your release from the suit. I would like it go through the courts with the settlement being sealed, not available to Mr. Erskine and done with prejudice. The sealing will keep it out of peoples reach and the prejudice will make it so it is never brought up again. If you do wish to contribute to "My Kids" work, just add another dollar or as you wish to the settlement. I will leave that up to you but don't feel any compulsion. Just thought I would leave it on the table if you wish.

So you know, my main problem with being "misdirected" in this quest is that I did find the place. Let me give you what happened. The beginning place was the dry and abandoned hot springs south of the Camel Monument. Following the highway north and observing the Brown House on the right, I went under the bridge to the South bridge. Where I missed the step was when it was said the box was underwater, there was only the Egyptian/American Native symbol above the tunnel where I searched. I climbed up the concrete support under the bridge to look on the shelf above – no box. Coming back a second time, I realized the box had been placed in a tree growth further to the north but not "under water" and, found nothing there. I cut the tree down. A State Highway officer stopped, we talked and he went his way not stopping me. This is academic but just wanted you to know what I knew.

Again, sorry for being so wrong and please accept my apology. I never needed 1.5mm for "My Kids" but it was my own desire not His.

Respectfully and earnestly,

David H. Hanson